# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAGDA GERTRUDIS CARRASCO,
                    Appellant,
          vs.
NANCY GARCIA,
                    Respondent.

No. 77784

**FILED**

JUL 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, and having considered respondent's objection, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc:    Hon. Michael Villani, District Judge
       Carolyn Worrell, Settlement Judge
       The702Firm
       Messner Reeves LLP
       Eighth District Court Clerk

---

[1]Respondent may file a motion for attorney fees and costs, if deemed appropriate.

19-28502